UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EVAN PETROS,

        Plaintiff(s),               Case No. 17-13650

v.

MERGE HOLDINGS, LLC,         Magistrate Judge Mona K. Majzoub

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __14__, filed __6/27/2018__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other: the case is completely with Magistrate Judge Majzoub

If you need further clarification or assistance, please contact __Deborah Tofil__ at __(313) 234-5122__.

DAVID J. WEAVER, CLERK OF COURT

Dated: June 27, 2018

s/D Tofil
Deputy Clerk