UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,

      Plaintiff,

v.

Case No. 2:17-cv-13650

MERGE HOLDINGS, LLC
A Limited Liability Company

      Defendant.
_____

## STIPULATED FINAL ORDER OF DISMISSAL

The parties having stipulated to the entry of a Final Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled case is DISMISSED WITH PREJUDICE, and without costs or attorney fees to any party.

SO ORDERED.

Dated: June 27, 2018                      **s/Mona K. Majzoub**
                                                  Mona K. Majzoub
                                                  United States Magistrate Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Final Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: June 25, 2018

/s/ Trevor Weston
Trevor Weston (P69664)
Foster Swift
28411 Northwestern Hwy, Ste 500
Southfield, MI 48034
248-785-4736
tweston@fosterswift.com

*Attorney for Defendant*